**BAYER AG, Plaintiff–Appellant,**

v.

**SONY ELECTRONICS, INC. and Sony**
**Corporation, Inc., Defendants–**
**Appellees,**

and

**Dowa Mining Co., Defendant–**
**Cross Appellant.**

No. 03–1154, 03–1180.

United States Court of Appeals,
Federal Circuit.

Dec. 5, 2003.

Before MAYER, Chief Judge,
GAJARSA and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.